# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN COLEMAN

NO. 2019 KW 1052

**SEP 3 0 2019**

---

In Re:   Jonathan Coleman, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 385,806.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Terrebonne Parish reflects the district court denied relator's "Motion for Production of 'One Free' Copy of Sealed Jury Polling" on September 4, 2019.

                    **JMM**
                    **MRT**
                    **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT